Revised: 9/3/2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
<u>Marshall</u> DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By Nakisha Love at 2:45 pm, Dec 04, 2020

1. This application is being made for the following: Case # <u>2:20-cv-00361</u>
Style/Parties: <u>Genentech, Inc. v. Centus Biotherapeutics Limited et al</u>
2. Applicant is representing the following party/ies: <u>Genentech, Inc.</u>
3. Applicant was admitted to practice in <u>California</u> (state) on <u>02/05/2019</u> (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
<u>See Attachment</u>
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, <u>Eric C. Weiner</u> do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date <u>12/03/2020</u>   Signature <u>/s/ Eric C. Weiner</u> (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Eric C. Wiener
Bar Number/State: 325012
Firm Name: Durie Tangri LLP
Address/P.O. Box: 217 Leidesdorff Street
City/State/Zip: San Francisco, California 94111
Telephone #: 415-362-6666
Fax #: 415-236-6300
E-mail Address: ewiener@durietangri.com
Secondary E-Mail Address: calendar@durietangri.com

This application has been approved for the court on: 12/4/20

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *NakishaLove*

Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application

## Attachment A

## Eric C. Weiner's Admission Information

| Court | Admission Date |
|---|---|
| U.S.D.C., Northern District of California | 05/09/2019 |
| U.S. Court of Appeals for the Federal Circuit | 02/11/2019 |
| U.S.D.C., Eastern District of Virginia | 08/05/2011 |
| District of Columbia State Bar | 09/10/2010 |
| Virginia State Bar | 11/04/2009 |