**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTUS BIOTHERAPEUTICS LTD.,<br>FUJIFILM KYOWA KIRIN BIOLOGICS<br>CO., LTD., FUJIFILM CORP., and<br>KYOWA KIRIN CO., LTD.,<br><br>        Defendants. | CASE NO.  2:20-cv-00361-JRG-RSP |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND**

Defendant Centus Biotherapeutics Ltd. ("Centus") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement and Declaratory Judgment (Dkt. 1) and would respectfully show the Court as follows:

Centus previously requested a twenty-one day extension of Centus' time to respond to Plaintiff's Complaint up to and including March 9, 2021.  This extension was granted by the Court on February 14, 2021 (Dkt. 11).

Centus has now requested an additional twenty-one day extension of Centus' time to respond to Plaintiff's Complaint up to and including March 30, 2021.  Plaintiff has agreed to this extension.

This request is not sought for purposes of delay and will not affect any other case deadlines.

A proposed Order granting this agreed motion is attached for the Court's convenience.

Dated: March 3, 2021

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas State Bar No. 00784720
WILSON, ROBERTSON & CORNELIS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: (903) 509-5000
Fax: (903) 509-5092
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR DEFENDANT
CENTUS BIOTHERAPEUTICS LTD.

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Defendant Centus Biotherapeutics Ltd. has conferred with counsel for Plaintiff Genentech, Inc. concerning this motion and they do not oppose the motion.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 3rd day of March, 2021.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth