# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GENENTECH, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:20-cv-00361-JRG-RSP |
| CENTUS BIOTHERAPEUTICS LTD., FUJIFILM KYOWA KIRIN BIOLOGICS CO., LTD., FUJIFILM CORP., and KYOWA KIRIN CO., LTD., | § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Motion to Dismiss with Prejudice ("Motion"), filed by Plaintiff Genentech, Inc. (Dkt. No. 23.)

Having considered the Motion, and in light of its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, all claims made by Plaintiff against Defendants in this action are **DISMISSED WITH PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 2nd day of July, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE